**SO ORDERED: April 2, 2024.**



James M. Carr
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **In re:** James Winbush | ) | **Case No.:** 24-01613 |
| | ) | |
| XXX-XX-7068 | ) | **Chapter:** Chapter 13 |
| | ) | |
| **Debtor(s)** | ) | **Judge:** Honorable James M. Carr |

### ORDER DIRECTED TO EMPLOYER
### TO REMIT UNDER WAGE ASSIGNMENT

Comes now the Debtor(s), having filed a plan pursuant to Chapter 13 of the United States Bankruptcy Code, which plan provides that James Winbush's Employer make certain deductions from the earnings of the Debtor and that said deductions be paid to the Trustee, and

The Court, being duly advised in the premises, now finds that in order to facilitate Debtor's plan, the Employer should be ordered and directed to hold funds from the Debtor's wages and remit them to the Trustee. It is, therefore,

ORDERED, ADJUDGED, AND DECREED by this Court that **Amazon.com, PO Box 81226, Seattle, WA 98108**, be, and hereby is, directed to deduct from the wages of **James**

**Winbush**, Debtor, beginning on the first pay period following receipt of this Order, and to continue thereafter until further Order of this Court, the sum of **$162.00** per **weekly** pay period, and to remit the same to **John M. Hauber, John M. Hauber, Trustee**, PO Box 2405, Memphis, TN 38101-2405 with check clearly labeled with the docket number 24-01613.

###